UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC YLMO SANFORD, | ) Case No. CV 16-9622 CAS(JC) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| BAUGHAN, Warden, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

DATED: January 6, 2017

*Christina A. Snyder*

_____
HONORABLE CHRISTINA A. SNYDER
SENIOR UNITED STATES DISTRICT JUDGE